Appellant.— Motion denied. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. Max Kohn, etc., Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. Victor Lund, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. George Miller, Appellant. (No. 1.) — Motion to dismiss appeal granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. George Miller, Appellant. (No. 2.) — Motion to dismiss appeal granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. Adalbert Nawrocki, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. Aaron Rothstein, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. Victor Storch, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. William Thomas, Appellant.— Motion to dismiss appeal granted. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Elizabeth B. Riley, Respondent, v. Eleanor M. Ransom and Others, Appellants.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Richard F. B. Seaman, Respondent, v. Fitzhugh Smith and Others, Appellants.— Motion denied on condition that the printed papers be served and filed on or before January 20, 1913, and that the appellant place the cause on the calendar for the 27th of January, 1913, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Gertrude L. Shaw, Plaintiff, v. William Barrett Shaw, Defendant. Lottie Goodman, an Infant, etc., Appellant.— Motion for leave to appeal to the Court of Appeals denied. As already indicated, the remedy of the corespondent, in the first instance, is to move to open the interlocutory judgment, and the final judgment, if one has been entered. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Ida Silberman, Appellant, v. Louis Scher, Respondent.— Motions denied, with ten dollars costs in each motion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Tisdale Lumber Company, Respondent, v. Read Realty Company, Appellant. Gustave A. Cooper, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.